UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **DENELL LINN LEE** | **CIVIL ACTION NO. 22-827-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **SERGEANT TAYLOR, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in Chambers, at Shreveport, Louisiana, on this _____ day of September 2022.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT COURT